UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


William J. Carey

    v.                                  Civil No. 05-fp-274

Hillsborough County Department
of Corrections


### ORDER GRANTING REQUEST TO PROCEED IN FORMA PAUPERIS

Plaintiff's request to proceed in forma pauperis is hereby granted, but only for the purpose of waiving the filing fee. This case has been assigned number 05-cv-274-_PB_.

**SO ORDERED.**

                                          /s/ James R. Muirhead
                                        James R. Muirhead
                                        United States Magistrate Judge

Date:  August 3, 2005

cc:    William J. Carey, *pro se*