UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>William J. Carey</u>

  v.         Civil No. 05-fp-274

<u>Hillsborough County Department
of Corrections</u>

### ORDER GRANTING REQUEST TO PROCEED IN FORMA PAUPERIS

 Plaintiff's request to proceed <u>in forma pauperis</u> is hereby granted, but only for the purpose of waiving the filing fee. This case has been assigned number 05-cv-274-_PB_.

**SO ORDERED.**

             _/s/ James R. Muirhead_
             James R. Muirhead
             United States Magistrate Judge

Date: August 3, 2005

cc:  William J. Carey, *pro se*