U.S. DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

AUG - 4 2005

**FILED**

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

William J. Carey

v.                                          Civil No. 05-cv-274-PB

Hillsborough County Department
of Corrections

## O R D E R

The plaintiff filed the above-captioned action with a request to proceed in forma pauperis and a partial filing fee of $75, receipt number 027585. On August 3, 2005 the plaintiff's request to proceed in forma pauperis for the purpose of waiving the filing fee was granted. Therefore, the partial filing fee of $75 must now be returned to the plaintiff.

Accordingly, the Clerk's Office is instructed to issue a reimbursement to William J. Carey in the amount of $75.

SO ORDERED.

August 4  2005

Paul J. Barbadoro
United States District Judge

cc:   William J. Carey
      Hillsborough County Department of Corrections