UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>William Carey</u>

        v.              Civil No. 05-cv–274-PB

<u>Hillsborough Department of Corrections, et al</u>

<u>O R D E R</u>

    I herewith approve the Report and Recommendation of Magistrate Judge Muirhead dated November 22, 2005, no objection having been filed.

    SO ORDERED.

December 27, 2005             /s/ Paul Barbadoro
                                                 Paul Barbadoro
                                                United States District Judge

cc:    William Carey, pro se