UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

U.S. DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE
AUG 28 2006
FILED

Eric Lamarche, Sr

v.   Civil No. 05-cv-274-PB

State of New Hampshire, et al

## ORDER

The plaintiff filed the above-captioned action with a request to proceed in forma pauperis which was granted on March 22, 2004. The defendant has been making incremental payments through the New Hampshire State Prison as ordered. On August 18, 2006, a payment of $8.16 was received, however, the total balance owed was only $3.16, creating an overpayment of $5. This overpayment must now be returned to the plaintiff.

Accordingly, the Clerk's Office is instructed to issue a refund to Eric Lamarche through the New Hampshire State Prison in the amount of $5.

SO ORDERED.

August 28 2006

Steven J. McAuliffe
Chief Judge, United States District Court

cc: Eric Lamarche
New Hampshire State Prison Inmate Accounts